**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUNIOR MARTIN RODRIGUEZ CASTRO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2080-KC** |
| | § | |
| **MARY DE ANDA YBARRA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On August 11, 2026, the Court ordered Respondents to show cause why Junior Martin Rodriguez Castro's Petition, ECF No. 3, should not be granted. Aug. 11, 2026, Order, ECF No. 2.

Respondents now state that Rodriguez Castro's Petition should be denied because "[Rodriguez Castro] is lawfully detained with a final order of removal, his constitutional challenge to continued detention is not ripe until he has been detained in post-order custody for at least six months, and there is insufficient reason to believe that removal is unlikely in the reasonably foreseeable future." Resp. 3, ECF No. 5. In any event, while Rodriguez Castro has been detained in immigration custody since 2025, he received a final order of removal on June 5, 2026, so has been in post-removal detention less than the presumptively reasonable six-month period. *Id.* at 3–4.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update by **no later than December 4, 2026**, detailing the following:

(1) Whether Rodriguez Castro has been lawfully removed from the country, and if not,

(2) What concrete steps have been taken to effectuate Rodriguez Castro's removal,

(3) What obstacles exist to effectuating Rodriguez Castro's removal, such as issuance of travel documents, or identifying a country for removal,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Rodriguez Castro's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 24th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE